IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00168-RPM

JEFFREY CLARK and
SHANNON LEE SMITH-CLARK,

    Plaintiffs,

v.

COUNTRY FINANCIAL d/b/a COUNTRY MUTUAL
INSURANCE COMPANY,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY AND
STRIKE REPORT OF RICHARD W. LAUGESEN
_____

    Upon review of the defendant's motion to exclude testimony and strike report of Richard W. Laugesen. [Doc. 24], the plaintiff's response in opposition [Doc. 27] and the defendant's reply [Doc. 28] and upon review of the written report of Richard W. Laugesen, dated August 21, 2014, and finding that the opinions expressed in that report go far beyond any definition of industry standards and constitute legal argument. It is

    ORDERED that the motion is granted.

    DATED:   December 12th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge