IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00168-RPM

JEFFREY CLARK and
SHANNON LEE SMITH-CLARK,

    Plaintiffs,

v.

COUNTRY FINANCIAL d/b/a COUNTRY MUTUAL
INSURANCE COMPANY,

    Defendant.

_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Plaintiffs having filed a response to defendant's motion for summary judgment [Doc. 36], it is

    ORDERED that this Court's Order to Show Cause entered on February 10, 2015, is discharged.

    DATED:   February 18th, 2015

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge