IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00168-RPM

JEFFREY CLARK and
SHANNON LEE SMITH-CLARK,

    Plaintiffs,

v.

COUNTRY FINANCIAL d/b/a COUNTRY MUTUAL
INSURANCE COMPANY,

    Defendant.

_____

# JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch on June 10, 2015, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED:   June 10th, 2015

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk

          s/M. V. Wentz

        By_____
           Deputy